UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE UNITED STATES OF AMERICA, and THE STATE OF CALIFORNIA, *ex rel.* KIMBERLY HERMAN, AMY LESTAGE and KEVIN ROSEFF,<br><br>　　Plaintiffs,<br><br>v.<br><br>COLOPLAST A/S, COLOPLAST CORP., HOLLISTER, INC., 180 MEDICAL INC., A-MED HEALTH CARE CENTER, BYRAM HEALTHCARE CENTERS, INC., CCS MEDICAL, INC., LIBERATOR MEDICAL SUPPLY, INC., RGH ENTERPRISES, INC. d/b/a EDGEPARK MEDICAL SUPPLIES, AND SHIELD CALIFORNIA HEALTH CARE CENTER, INC.,<br><br>　　Defendants. | Civil Action No. 11-12131-RWZ |

## [PROPOSED] ORDER

It is hereby ORDERED as follows:

The above-captioned case is hereby stayed for a period of 60 days, or to and until July 19, 2015, to allow the parties to continue efforts to resolve the claims. The time provided by Fed. R. Civ. P. 12(a) for serving a responsive pleading shall begin to run on July 20, 2015.

Dated: _____          _____
　　　　　　　　　　　　　　　　　　　　　　　　RYA W. ZOBEL
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge