UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE UNITED STATES OF AMERICA, and ) <br> THE STATE OF CALIFORNIA, ) <br> *ex rel.* KIMBERLY HERMAN, AMY LESTAGE ) <br> and KEVIN ROSEFF, ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> COLOPLAST A/S, COLOPLAST CORP., ) <br> HOLLISTER, INC., 180 MEDICAL INC., ) <br> A-MED HEALTH CARE CENTER, BYRAM ) <br> HEALTHCARE CENTERS, INC., CCS ) <br> MEDICAL, INC., LIBERATOR MEDICAL ) <br> SUPPLY, INC., RGH ENTERPRISES, INC. ) <br> d/b/a EDGEPARK MEDICAL SUPPLIES, AND ) <br> SHIELD CALIFORNIA HEALTH CARE ) <br> CENTER, INC., ) <br> ) <br>     Defendants. ) | Civil Action No. 11-12131-RWZ |

**JOINT STATUS REPORT AND MOTION
TO STAY LITIGATION FOR AN ADDITIONAL 60 DAYS**

The plaintiffs and the United States, joined by all parties, submit this status report pursuant to the Court's Order dated May 22, 2015 (Doc. # 30), and respectfully move this Court to stay litigation in this case for an additional 60 days, or to and until September 19, 2015, to allow the parties to continue efforts to resolve the claims.

    I.     BACKGROUND

In this *qui tam* action under the False Claims Act, 31 U.S.C. §§ 3729-3733, the relators have asserted claims against two manufacturers of ostomy and continence care products, Coloplast Corp., and Hollister, Inc., and seven suppliers who sell those products to beneficiaries of federal health care programs. The relators' Second Amended Complaint (Doc. #40) alleges

that the defendant manufacturers paid various forms of kickbacks to the defendant suppliers to induce the suppliers to promote the manufacturers' products, thereby causing the suppliers to submit false claims to federal health care programs including Medicare, Medicaid, and TRICARE.  The relators also allege that the defendant manufacturers engaged in illegal telephone solicitation campaigns in violation of 42 U.S.C. § 1395m(a)(17), and that claims resulting from those solicitations are false claims under the False Claims Act.  In addition, the relators allege that the defendant Coloplast, Inc. conspired with defendants A-Med Health Care Center, Byram Healthcare Centers, Inc., and Shield California Health Care Center, Inc., to defraud the California Medicaid program by establishing falsely inflated contract prices that were used by A-Med, Byram, and Shield to submit false claims to the California Medicaid program.

As explained in prior filings,[1] the parties engaged in ongoing efforts to resolve the claims without further litigation.  In the Joint Motion To Stay Litigation For 60 Days (Doc. #29), filed May 19, 2015, the plaintiffs and the United States, with the concurrence of parties, reported that significant progress had been made, but that additional work remained, including work by the United States in obtaining certain data and undertaking calculations of potential damages.  The plaintiffs and the United States, with the concurrence of all defendants, therefore requested a 60-day stay of the litigation to allow the discussions to continue.  The Court allowed the motion and directed the parties to file a status report by July 19, 2015.

---

[1]   See Joint Motion For Extension of Time To Serve First Amended Complaint (Doc. #25, filed February 4, 2015), and Joint Motion To Stay Litigation For 60 Days (Doc. #29, filed May 19, 2015).

## II.     STATUS OF DISCUSSIONS

Since May, the United States, in coordination with the California Department of Justice, has been working diligently to resolve claims in the relators' complaint without litigation. All of the defendants have cooperated in this endeavor. As a result, counsel for the plaintiffs and the United States anticipate that within the next 10 business days they will file papers resolving all claims as to two defendants.

In addition, the undersigned counsel for the United States reports that agreements in principle to settle the claims on behalf of the United States have been reached between the government and two other defendants, subject to final approvals and the negotiation of appropriate settlement agreements. As to another defendant, damages calculations and a settlement proposal have been presented, and negotiations are progressing.

With respect to another defendant, the United States has provided defense counsel with detailed damages calculations which the United States anticipates will provide a framework for successful settlement negotiations. The defendant needs time to digest the information and respond; a meeting between counsel for the United States and counsel for the defendant is scheduled for July 21, 2015. With respect to another defendant, government auditors need additional time to complete damages calculations, due to technical issues in the interpretation of the data. As a result, the government has not been able to provide damages calculations to this defendant. The government is working cooperatively with the defendant on these issues and believes they will be resolved soon so that damages calculations can be provided.[2]

---

[2] Each defendant confirms the status report only insofar as statements in the status report apply to that defendant and not as to any other defendant.

As to another defendant, the United States has very recently received an additional document production which government counsel are reviewing and need to assess before making any determination.

In view of the foregoing, the parties believe they should continue to focus their resources on negotiations rather than litigation. Accordingly, the parties jointly request a further 60-day stay of litigation.

II.     CONCLUSION

For the foregoing reasons, the Court should grant a 60-day stay of litigation to and until September 19, 2015.

Respectfully submitted,

| | |
|---|---|
| KIMBERLY HERMAN, AMY LESTAGE, and KEVIN ROSEFF | CARMEN M. ORTIZ<br>United States Attorney |
| By their Attorneys | By:  /s/ George B. Henderson, II |
| /s/ Paul W. Shaw<br>Paul W. Shaw (BBO No. 455500)<br>Taylor R. Neff (BBO No. 675255)<br>Verrill Dana LLP<br>One Boston Place, Suite 1600<br>Boston, MA 02108<br>(617) 309-2600<br>pshaw@verrilldana.com<br>tneff@verrilldana.com | George B. Henderson, II (BBO #230185)<br>Kriss Basil (BBO #673074)<br>Assistant U.S. Attorneys<br>John J. Moakley U.S. Courthouse, Suite 9200<br>1 Courthouse Way<br>Boston, MA 02210<br>(617) 748-3100<br>george.henderson2@usdoj.gov<br>Kriss.Basil@usdoj.gov |
| COLOPLAST CORP.<br>By its Attorney | HOLLISTER, INC.<br>By its attorneys |
| /s/ Thomas W. Beimers<br>Thomas W. Beimers<br>FAEGRE BAKER DANIELS LLP<br>2200 Wells Fargo Center | /s/ Michael K. Loucks<br>Michael K. Loucks<br>Alexandra M. Gorman<br>Gregory Shiferman |

| | |
|---|---|
| 90 South Seventh Street | Skadden, Arps, Slate, Meagher & Flom LLP |
| Minneapolis, MN 55402-3901 | One Beacon Street |
| Thomas.Beimers@FaegreBD.com | Boston, MA 02108-3194 |
| | michael.loucks@skadden.com |

180 MEDICAL, INC.  
By its attorneys

/s/ James R. Ravitz  
James R. Ravitz  
D. Jacques Smith  
Arent Fox, LLC  
1717 K Street, NW  
Washington, DC 20036  
james.ravitz@arentfox.com  
jacques.smith@arentfox.com  

BYRAM HEALTHCARE CENTERS, INC.  
By its attorneys

Mary Clare Bonaccorsi  
Jonathan N. Rosen  
Brian Bewley  
161 N. Clark Street, Suite 4200  
Chicago, IL 60601  
mbonaccorsi@polsinelli.com  
jnrosen@polsinelli.com  
bbewley@polsinelli.com  

CCS MEDICAL INC.  
By its attorneys

/s/ Paul Cirel  
Paul Cirel  
Ingrid Martin  
Collora LLP  
100 High Street  
Boston, MA 02110-2321  
pcirel@collorallp.com  
imartin@collorallp.com  

A-MED HEALTH CARE CENTER  
By its attorney

/s/ Dennis Warren  
Dennis Warren  
827 Commons Drive  
Sacramento, California 95825  
dwwotp@gmail.com  

RGH ENTERPRISE, INC. D/B/A EDGEPARK  
By its attorneys

/s/ Enu Mainigi  
Enu Mainigi  
Jennifer Wicht  
Williams & Connolly LLP  
725 Twelfth Street, N.W.  
Washington, DC 20005  
www.wc.com/emainigi  
JWicht@wc.com  

LIBERATOR MEDICAL SUPPLY, INC.  
By its attorney

/s/ Maureen A. Ruane  
Maureen A. Ruane  
Lowenstein Sandler LLP  
65 Livingston Avenue  
Roseland, NJ 07068  
212-419-5855  
973-597-6374  
MRuane@lowenstein.com

| | |
|---|---|
| SHIELD CALIFORNIA HEALTH CARE CENTER, INC.<br>By its attorneys | STATE OF CALIFORNIA<br>By its attorneys |
| /s/ Patrick Hooper<br>Patrick Hooper<br>Katrina A. Pagonis<br>HOOPER, LUNDY & BOOKMAN, INC.<br>575 Market Street<br>Suite 2300<br>San Francisco, CA 94105<br>phooper@health-law.com<br>kpagonis@health-law.com | /s/ Nicholas Paul<br>David Zlotnick<br>California Department of Justice<br>1455 Frazee Road, Suite 315<br>San Diego, CA 92108<br>nicholas.paul@doj.ca.gov |

Certificate of Service

I hereby certify that on July 20, 2015, I caused the foregoing document to be sent via electronic mail (by agreement), to:

Coloplast, Corp.
Thomas W. Beimers
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Thomas.Beimers@FaegreBD.com


180 Medical, Inc.
James R. Ravitz
D. Jacques Smith
Arent Fox, LLC
1717 K Street, NW
Washington, DC 20036
james.ravitz@arentfox.com
jacques.smith@arentfox.com

Byram Health Care Centers, Inc.
Jonathan N. Rosen
Polsinelli
1401 Eye Street, N.W., Suite 800
Washington, DC20005
jnrosen@polsinelli.com

CCS Medical Inc.
Paul Cirel

Hollister, Inc.
Michael K. Loucks
Alexandra M. Gorman
Gregory Shiferman
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street
Boston, MA 02108-3194
michael.loucks@skadden.com

Byram Healthcare Centers, Inc.
Mary Clare Bonaccorsi
161 N. Clark Street, Suite 4200
Chicago, IL 60601
mbonaccorsi@polsinelli.com


A-Med Health Care Center
Dennis Warren
827 Commons Drive
Sacramento, California 95825
dwwotp@gmail.com


Liberator Medical Supply, Inc.
Bradley W. Howard
Brown & Fortunato

Ingrid Martin
Collora, LLP
100 High Street
Boston, MA 02110-2321
pcirel@collorallp.com
imartin@collorallp.com

RGH Enterprise, Inc. d/b/a Edgepark
Enu Mainigi
Jennifer Wicht
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
www.wc.com/emainigi
JWicht@wc.com

Liberator Medical Supply, Inc.
Maureen A. Ruane
Lowenstein Sandler LLP
65 Livingston Avenue
Roseland, NJ 07068
212-419-5855
973-597-6374
MRuane@lowenstein.com

905 S. Fillmore, Suite 400
P.O. Box 9418
Amarillo, TX 79105
bhoward@bf-law.com

Shield California Health Care Center, Inc.
Patrick Hooper
Katrina A. Pagonis
HOOPER, LUNDY & BOOKMAN, INC.
575 Market Street
Suite 2300
San Francisco, CA 94105
phooper@health-law.com
kpagonis@health-law.com

State of California
Nicholas Paul
David Zlotnick
California Department of Justice
1455 Frazee Road, Suite 315
San Diego, CA 92108
nicholas.paul@doj.ca.gov

    /s/ Paul W. Shaw
    Paul W. Shaw