UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, and | ) | |
| THE STATE OF CALIFORNIA, | ) | |
| *ex rel.* KIMBERLY HERMAN, AMY LESTAGE | ) | |
| and KEVIN ROSEFF, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 11-12131-RWZ |
| | ) | |
| COLOPLAST A/S, COLOPLAST CORP., | ) | |
| HOLLISTER, INC., 180 MEDICAL INC., | ) | |
| A-MED HEALTH CARE CENTER, BYRAM | ) | |
| HEALTHCARE CENTERS, INC., CCS | ) | |
| MEDICAL, INC., LIBERATOR MEDICAL | ) | |
| SUPPLY, INC., RGH ENTERPRISES, INC. | ) | |
| d/b/a EDGEPARK MEDICAL SUPPLIES, AND | ) | |
| SHIELD CALIFORNIA HEALTH CARE | ) | |
| CENTER, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT AND MOTION
TO STAY LITIGATION FOR AN ADDITIONAL 60 DAYS**

The plaintiffs and the United States, with the assent of all remaining defendants, submit

this status report pursuant to the Court's Order entered July 21, 2015 (Doc. # 43), and

respectfully request that the Court continue to stay litigation in this case for an additional 60

days, up to and until November 19, 2015, to allow the parties to continue efforts to resolve the

claims, subject, however, to the right of any party to move to lift the stay.

I.      BACKGROUND

In this *qui tam* action under the False Claims Act, 31 U.S.C. §§ 3729-3733, the relators

have asserted claims against two manufacturers of ostomy and continence care products,

Coloplast Corp., and Hollister, Inc., and seven suppliers who sell those products to beneficiaries

of federal health care programs.  The relators' Second Amended Complaint (Doc. #40) alleges

that the defendant manufacturers paid various forms of kickbacks to the defendant suppliers to induce the suppliers to promote the manufacturers' products, thereby causing the suppliers to submit false claims to federal health care programs including Medicare, Medicaid, and TRICARE.  The relators also allege that the defendant manufacturers engaged in illegal telephone solicitation campaigns in violation of 42 U.S.C. § 1395m(a)(17) and that claims resulting from those solicitations are false claims under the False Claims Act.  In addition, the relators allege that the defendant Coloplast, Corp. conspired with defendants A-Med Health Care Center, Byram Healthcare Centers, Inc., and Shield California Health Care Center, Inc., to defraud the California Medicaid program by establishing falsely inflated contract prices that were used by A-Med, Byram, and Shield to submit false claims to the California Medicaid program.

As explained in prior filings, the parties have been engaged in ongoing efforts to resolve the claims without further litigation.  On July 29, 2015, the United States and the State of California notified the Court of their election to not intervene with respect to all claims against defendants 180 Medical Inc., A-Med Health Care Center, and RGH Enterprises, Inc. d/b/a Edgepark Medical Supplies.  *See* ECF Doc. # 46.  On the same date, the relators, with the consent of the United States and the State of California, voluntarily dismissed their claims against 180 Medical Inc., and RGH Enterprises, Inc. d/b/a Edgepark Medical Supplies.  *See* Doc. # 44, 45, 47.

The United States has reached agreements in principal with the defendants Coloplast A/S and Coloplast Corp. ("Coloplast") and Liberator Medical Supply, Inc. to settle the *qui tam* claims brought against these defendants on behalf of the United States.  Draft settlement agreements have been circulated; however, it will take time to negotiate the language of these documents and

2

to obtain necessary approvals.  Agreements have not been reached on the amount of the relators' shares, the relators' claims for costs and attorneys' fees, and the relators' retaliation claims (as against Coloplast Corp.).

The United States and defendant Byram Healthcare have been engaging in productive discussions covering a number of issues.  Information has been exchanged by both parties, and both parties believe there is a likelihood of reaching agreement.

With respect to CCS Medical, Inc., discussions have reached an impasse.  The United States expects to file a notice of its intent within the next 10 days.

The United States and the State of California have recently reached an impasse in discussions with the defendant Shield California Health Care Center, Inc.  The United States and the State of California are considering the matter and expect to make decisions in the near future.

The United States and the defendant Hollister, Inc., have recently engaged in discussions, and the undersigned counsel for the United States expects that preliminary decisions (subject to further approvals) regarding further discussions or litigation will be made within the next three weeks.

In view of the foregoing, the parties jointly request a further 60-day stay of litigation, subject, however, to the right of any party to move to lift the stay.

II.     <u>CONCLUSION</u>

For the foregoing reasons, the Court should grant a 60-day stay of litigation to and until November 19, 2015.

Respectfully submitted,

KIMBERLY HERMAN, AMY LESTAGE,
and KEVIN ROSEFF

By their attorneys

/s/ Paul W. Shaw
Paul W. Shaw (BBO No. 455500)
Taylor R. Neff (BBO No. 675255)
Verrill Dana LLP
One Boston Place, Suite 1600
Boston, MA 02108
(617) 309-2600
pshaw@verrilldana.com
tneff@verrilldana.com

CARMEN M. ORTIZ
United States Attorney

By:

/s/ Kriss Basil
George B. Henderson, II (BBO #230185)
Kriss Basil (BBO #673074)
Assistant U.S. Attorneys
John J. Moakley U.S. Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210
(617) 748-3100
george.henderson2@usdoj.gov
kriss.basil@usdoj.gov

COLOPLAST CORP.
By its attorney

/s/ Thomas W. Beimers
Thomas W. Beimers
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Thomas.Beimers@FaegreBD.com

HOLLISTER, INC.
By its attorneys

/s/ Michael K. Loucks
Michael K. Loucks
Alexandra M. Gorman
Skadden, Arps, Slate, Meagher & Flom LLP
500 Boylston Street
Boston, MA 021116
michael.loucks@skadden.com
alexandra.gorman@skadden.com

BYRAM HEALTHCARE CENTERS, INC.
By its attorneys

/s/ Jonathan N. Rosen
Mary Clare Bonaccorsi
Jonathan N. Rosen
Brian Bewley
161 N. Clark Street, Suite 4200
Chicago, IL 60601
mbonaccorsi@polsinelli.com
jnrosen@polsinelli.com

CCS MEDICAL INC.
By its attorneys

/s/ Paul Cirel
Paul Cirel
Ingrid Martin
Collora LLP
100 High Street
Boston, MA 02110-2321
pcirel@collorallp.com
imartin@collorallp.com

bbewley@polsinelli.com

LIBERATOR MEDICAL SUPPLY, INC.
By its attorney

/s/ Maureen A. Ruane
Maureen A. Ruane
Lowenstein Sandler LLP
65 Livingston Avenue
Roseland, NJ 07068
212-419-5855
973-597-6374
MRuane@lowenstein.com

STATE OF CALIFORNIA
By its attorneys

/s/ Nicholas Paul
David Zlotnick
California Department of Justice
1455 Frazee Road, Suite 315
San Diego, CA 92108
nicholas.paul@doj.ca.gov

SHIELD CALIFORNIA HEALTH CARE
CENTER, INC.
By its attorneys

/s/ Patrick Hooper
Patrick Hooper
Katrina A. Pagonis
HOOPER, LUNDY & BOOKMAN, INC.
575 Market Street
Suite 2300
San Francisco, CA 94105
phooper@health-law.com
kpagonis@health-law.com

<u>Certificate of Service</u>

   I hereby certify that on September 21, 2015, I caused the foregoing document to be sent via electronic mail (by agreement), to:

<u>Coloplast, Corp.</u>
Thomas W. Beimers
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Thomas.Beimers@FaegreBD.com

<u>180 Medical, Inc.</u>
James R. Ravitz
D. Jacques Smith
Arent Fox, LLC
1717 K Street, NW
Washington, DC 20036
james.ravitz@arentfox.com
jacques.smith@arentfox.com

<u>Byram Health Care Centers, Inc.</u>
Jonathan N. Rosen
Polsinelli
1401 Eye Street, N.W., Suite 800
Washington, DC20005
jnrosen@polsinelli.com

<u>CCS Medical Inc.</u>
Paul Cirel
Ingrid Martin
Collora, LLP
100 High Street
Boston, MA 02110-2321
pcirel@collorallp.com
imartin@collorallp.com

<u>RGH Enterprise, Inc. d/b/a Edgepark</u>
Enu Mainigi
Jennifer Wicht
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
www.wc.com/emainigi

<u>Hollister, Inc.</u>
Michael K. Loucks
Alexandra M. Gorman
Gregory Shiferman
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street
Boston, MA 02108-3194
michael.loucks@skadden.com

<u>Byram Healthcare Centers, Inc.</u>
Mary Clare Bonaccorsi
161 N. Clark Street, Suite 4200
Chicago, IL 60601
mbonaccorsi@polsinelli.com

<u>A-Med Health Care Center</u>
Dennis Warren
827 Commons Drive
Sacramento, California 95825
dwwotp@gmail.com

<u>Liberator Medical Supply, Inc.</u>
Bradley W. Howard
Brown & Fortunato
905 S. Fillmore, Suite 400
P.O. Box 9418
Amarillo, TX 79105
bhoward@bf-law.com

<u>Shield California Health Care Center, Inc.</u>
Patrick Hooper
Katrina A. Pagonis
HOOPER, LUNDY & BOOKMAN, INC.
575 Market Street
Suite 2300
San Francisco, CA 94105

JWicht@wc.com

Liberator Medical Supply, Inc.
Maureen A. Ruane
Lowenstein Sandler LLP
65 Livingston Avenue
Roseland, NJ 07068
212-419-5855
973-597-6374
MRuane@lowenstein.com

phooper@health-law.com
kpagonis@health-law.com

State of California
Nicholas Paul
David Zlotnick
California Department of Justice
1455 Frazee Road, Suite 315
San Diego, CA 92108
nicholas.paul@doj.ca.gov

/s/ Kriss Basil
Kriss Basil