UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE UNITED STATES OF AMERICA, and<br>THE STATE OF CALIFORNIA,<br>*ex rel.* KIMBERLY HERMAN, AMY LESTAGE<br>and KEVIN ROSEFF,<br><br>     Plaintiffs,<br><br>v.<br><br>COLOPLAST A/S, COLOPLAST CORP.,<br>HOLLISTER, INC., 180 MEDICAL INC.,<br>A-MED HEALTH CARE CENTER, BYRAM<br>HEALTHCARE CENTERS, INC., CCS<br>MEDICAL, INC., LIBERATOR MEDICAL<br>SUPPLY, INC., RGH ENTERPRISES, INC.<br>d/b/a EDGEPARK MEDICAL SUPPLIES, AND<br>SHIELD CALIFORNIA HEALTH CARE<br>CENTER, INC.,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No. 11-12131-RWZ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT AND MOTION
TO STAY LITIGATION FOR AN ADDITIONAL 60 DAYS**

The plaintiffs and the United States, with the assent of the State of California and all

remaining defendants,[1] submit this status report pursuant to the Court's Order entered October 1,

2015 (Doc. # 50).  For the reasons stated below, the plaintiffs and the United States, with the

consent and support of Coloplast A/S and Coloplast Corp. (collectively, "Coloplast"), Byram

Healthcare Centers, Inc. ("Byram"), Liberator Medical Supply, Inc. ("Liberator"), and Hollister,

Inc. ("Hollister"), jointly request a further 60-day stay of litigation as to all claims against

Coloplast, Byram, Liberator, and Hollister, subject, however, to the right of any of these parties

to move to lift the stay.  The plaintiffs do not request a further stay as to defendants A-Med

---

[1]  Defendant Shield California Health Care Center, Inc. ("Shield"), through its counsel, states
that Shield "has no objection" to this status report.

Healthcare Center ("A-Med"), CCS Medical, Inc. ("CCS"), or Shield California Health Care
Center, Inc. ("Shield").[2]

I.      BACKGROUND

In this *qui tam* action under the False Claims Act, 31 U.S.C. §§ 3729-3733, the relators
have asserted claims against two manufacturers of ostomy and continence care products,
Coloplast and Hollister, and seven suppliers who sell those products to beneficiaries of federal
health care programs.  The relators' Second Amended Complaint (Doc. #40) alleges that the
defendant manufacturers paid various forms of kickbacks to the defendant suppliers to induce the
suppliers to promote the manufacturers' products, thereby causing the suppliers to submit false
claims to federal health care programs including Medicare, Medicaid, and TRICARE.  The
relators also allege that the defendant manufacturers engaged in illegal telephone solicitation
campaigns in violation of 42 U.S.C. § 1395m(a)(17) and that claims resulting from those
solicitations are false claims under the False Claims Act.  In addition, the relators allege that the
defendant Coloplast conspired with defendants A-Med, Byram, and Shield to defraud the
California Medicaid program by establishing falsely inflated contract prices that were used by A-
Med, Byram, and Shield to submit false claims to the California Medicaid program.

As explained in prior filings, the parties have been engaged in ongoing efforts to resolve
the claims without further litigation.  On July 29, 2015, the United States and the State of
California notified the Court of their election to not intervene with respect to all claims against
defendants 180 Medical Inc., A-Med Health Care Center, and RGH Enterprises, Inc. d/b/a
Edgepark Medical Supplies.  *See* ECF Doc. # 46.  On the same date, the relators, with the
consent of the United States and the State of California, voluntarily dismissed their claims

---

[2]  All claims against 180 Medical, Inc. and RGH Enterprises, Inc. d/b/a Edgepark Medical
Supplies have been dismissed.  *See* Dkt Nos. 45 & 47.

against 180 Medical Inc., and RGH Enterprises, Inc. d/b/a Edgepark Medical Supplies.  *See* Doc. # 44, 45, 47.

The United States and relators previously reported that agreements in principal had been reached with the defendants Coloplast and Liberator to settle the *qui tam* claims brought against these defendants on behalf of the United States.  These settlement agreements have been negotiated and are awaiting final approvals and signatures.  Counsel for the United States believes the agreements will be approved and signed within approximately two weeks.

The United States reports that it recently reached agreement in principle with defendant Byram.  Draft settlement papers have been exchanged; however, it will take additional time to negotiate these documents and to obtain necessary approvals.

Agreements have not been reached on the amount of the relators' shares, the relators' claims for costs and attorneys' fees, and the relators' retaliation claims.  However, there is shared optimism among the relevant parties that these issues can be resolved through negotiation.

Discussions with defendants CCS Medical, Inc. and Shield Healthcare California Center, Inc. have not been successful.  The undersigned counsel for the United States expects to receive final approval to notify the Court of its intentions within the next one to two weeks.

In the plaintiff's last status report, the United States reported that the government and defendant Hollister had begun discussions and that preliminary decisions regarding pursuing litigation or settlement would be made in the near future.  The United States and Hollister are now engaged in ongoing and productive discussions (including a meeting on the day of this filing).  They both believe that these discussions hold promise for a settlement in the reasonably near future.

In view of the foregoing, the relators and the United States, with the consent and support of Coloplast, Byram, Liberator, and Hollister, jointly request a further 60-day stay of litigation as to all claims against Coloplast, Byram, Liberator, and Hollister, subject, however, to the right of any party to move to lift the stay.

The plaintiffs do not request a further stay with respect to the claims against A-Med, CCS Medical, and Shield.

II.   <u>CONCLUSION</u>

For the foregoing reasons, the Court should grant a 60-day stay of litigation, to and until January 19, 2016, as to all claims against Coloplast, Byram, Liberator, and Hollister, subject, however, to the right of any party to move to lift the stay.


Respectfully submitted,

KIMBERLY HERMAN, AMY LESTAGE, and KEVIN ROSEFF

By their attorneys

/s/ *Paul W. Shaw*
Paul W. Shaw (BBO No. 455500)
Taylor R. Neff (BBO No. 675255)
Verrill Dana LLP
One Boston Place, Suite 1600
Boston, MA 02108
(617) 309-2600
pshaw@verrilldana.com
tneff@verrilldana.com

CARMEN M. ORTIZ
United States Attorney

By:

/s/ *George B. Henderson, II*
George B. Henderson, II (BBO #230185)
Kriss Basil (BBO #673074)
Assistant U.S. Attorneys
John J. Moakley U.S. Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210
(617) 748-3100
george.henderson2@usdoj.gov
kriss.basil@usdoj.gov

COLOPLAST CORP.
By its attorney

/s/ *Thomas W. Beimers*
Thomas W. Beimers
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Thomas.Beimers@FaegreBD.com


BYRAM HEALTHCARE CENTERS, INC.
By its attorneys

/s/ *Mary Clare Bonaccorsi*
Mary Clare Bonaccorsi
Jonathan N. Rosen
Brian Bewley
161 N. Clark Street, Suite 4200
Chicago, IL 60601
mbonaccorsi@polsinelli.com
jnrosen@polsinelli.com
bbewley@polsinelli.com


LIBERATOR MEDICAL SUPPLY, INC.
By its attorney

/s/ *Maureen A. Ruane*
Maureen A. Ruane
Lowenstein Sandler LLP
65 Livingston Avenue
Roseland, NJ 07068
212-419-5855
973-597-6374
MRuane@lowenstein.com


HOLLISTER, INC.
By its attorneys

/s/ *Alexandra M. Gorman*
Michael K. Loucks
Alexandra M. Gorman
Skadden, Arps, Slate, Meagher & Flom LLP
500 Boylston Street
Boston, MA 02116
michael.loucks@skadden.com
alexandra.gorman@skadden.com


CCS MEDICAL INC.
By its attorneys

/s/ *Ingrid Martin*
Paul Cirel
Ingrid Martin
Collora LLP
100 High Street
Boston, MA 02110-2321
pcirel@collorallp.com
imartin@collorallp.com


SHIELD CALIFORNIA HEALTH CARE
CENTER, INC.
By its attorneys

/s/ *Patrick Hooper*
Patrick Hooper
Katrina A. Pagonis
HOOPER, LUNDY & BOOKMAN, INC.
575 Market Street
Suite 2300
San Francisco, CA 94105
phooper@health-law.com
kpagonis@health-law.com

A-MED HEALTHCARE CENTER

By its attorney

/s/ Dennis Warren
Dennis Warren
827 Commons Drive
Sacramento, California 95825
Business: (916) 564-9999
Facsimile: (916) 564-9996
dwwotp@gmail.com

STATE OF CALIFORNIA
By its attorneys

/s/ David Zlotnick
David Zlotnick
California Department of Justice
1455 Frazee Road, Suite 315
San Diego, CA 92108
david.zlotnick@doj.ca.gov

Certificate of Service

I hereby certify that on November 19, 2015, I caused the foregoing document to be sent via electronic mail (by agreement), to:

| Coloplast, Corp.<br>Thomas W. Beimers<br>FAEGRE BAKER DANIELS LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402-3901<br>Thomas.Beimers@FaegreBD.com | Hollister, Inc.<br>Michael K. Loucks<br>Alexandra M. Gorman<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>500 Boylston Street<br>Boston, MA 02116-3740<br>michael.loucks@skadden.com |
| --- | --- |
| Byram Health Care Centers, Inc.<br>Mary Clare Bonaccorsi<br>161 N. Clark Street, Suite 4200<br>Chicago, IL 60601<br>mbonaccorsi@polsinelli.com<br>Jonathan N. Rosen<br>Polsinelli<br>1401 Eye Street, N.W., Suite 800<br>Washington, DC20005<br>jnrosen@polsinelli.com | A-Med Health Care Center<br>Dennis Warren<br>827 Commons Drive<br>Sacramento, California 95825<br>dwwotp@gmail.com |

| | |
|---|---|
| CCS Medical Inc.<br>Paul Cirel<br>Ingrid Martin<br>Collora, LLP<br>100 High Street<br>Boston, MA 02110-2321<br>pcirel@collorallp.com<br>imartin@collorallp.com | Liberator Medical Supply, Inc.<br>Bradley W. Howard<br>Brown & Fortunato<br>905 S. Fillmore, Suite 400<br>P.O. Box 9418<br>Amarillo, TX 79105<br>bhoward@bf-law.com |
| Liberator Medical Supply, Inc.<br>Maureen A. Ruane<br>Lowenstein Sandler LLP<br>65 Livingston Avenue<br>Roseland, NJ 07068<br>MRuane@lowenstein.com | Shield California Health Care Center, Inc.<br>Patrick Hooper<br>Katrina A. Pagonis<br>HOOPER, LUNDY & BOOKMAN, INC.<br>575 Market Street<br>Suite 2300<br>San Francisco, CA 94105<br>phooper@health-law.com<br>kpagonis@health-law.com |
| State of California<br>Nicholas Paul<br>David Zlotnick<br>California Department of Justice<br>1455 Frazee Road, Suite 315<br>San Diego, CA 92108<br>nicholas.paul@doj.ca.gov<br>david.zlotnick@doj.ca.gov | |

/s/ *George B. Henderson, II*
George B. Henderson, II