# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA AND THE STATE OF CALIFORNIA, *ex rel.* KIMBERLY HERMAN, AMY LESTAGE, and KEVIN ROSEFF,<br><br>Plaintiffs,<br><br>vs.<br><br>COLOPLAST A/S, COLOPLAST CORP., HOLLISTER INC., 180 MEDICAL, INC., A-MED HEALTH CARE CENTER, BYRAM HEALTHCARE CENTERS, INC., CC MEDICAL, INC., LIBERATOR MEDICAL SUPPLY, INC., RGH ENTERPRISES, INC. d/b/a EDGEPARK MEDICAL SUPPLIES, and SHIELD CALIFORNIA HEALTH CARE CENTER, INC.,<br><br>Defendants. | CIVIL ACTION NO.:<br>11-cv-12131 RWZ |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT SHIELD CALIFORNIA HEALTHCARE CENTER, INC.

Pursuant to Local Rule 7.3, the undersigned counsel represents that defendant Shield California Healthcare Center, Inc. is not a public company. It is wholly owned by Dharma Ventures Group, Inc., ("Dharma"), which is also not a public company. One of the shareholders of Dharma is Kobayashi Pharmaceuticals of America, Inc. Kobayashi Pharmaceuticals of America, Inc. owns slightly more than 10 percent of the total outstanding shares of Dharma. Kobayashi Pharmaceuticals of America, Inc. is a subsidiary of Kobyashi Pharmaceuticals Co. Ltd., the stock of which is traded on the Tokyo Stock Exchange.

DATED:  December 8, 2015

                                                    */s/ Joseph R. LaMagna*
Joseph R. LaMagna (SBN 668889)
HOOPER, LUNDY & BOOKMAN, P.C.
101 W. Broadway, Suite 1200
San Diego, CA 92101-8214
(619) 744-7305
(619) 230-0987 (fax)
jlamagna@health-law.com

## CERTIFICATE OF SERVICE

      In accordance with Local Rule 5.2(b), I Joseph R. LaMagna, hereby certify that this document filed through the ECF system on December 8, 2015 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                        */s/ Joseph R. LaMagna*
                                        Joseph R. LaMagna

1196940.1

1:14-cv-00673-KBJ
CORPORATE DISCLOSURE STATEMENT OF SHIELD CALIFORNIA HEALTHCARE CENTER, INC.