UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE UNITED STATES OF AMERICA, and THE STATE OF CALIFORNIA, *ex rel.* KIMBERLY HERMAN, AMY LESTAGE and KEVIN ROSEFF, <br><br>    Plaintiffs, <br><br> v. <br><br> COLOPLAST A/S, COLOPLAST CORP., HOLLISTER, INC., 180 MEDICAL INC., A-MED HEALTH CARE CENTER, BYRAM HEALTHCARE CENTERS, INC., CCS MEDICAL, INC., LIBERATOR MEDICAL SUPPLY, INC., RGH ENTERPRISES, INC. d/b/a EDGEPARK MEDICAL SUPPLIES, AND SHIELD CALIFORNIA HEALTH CARE CENTER, INC., <br><br>    Defendants. | Civil Action No. 11-12131-RWZ |

**NOTICE OF INTERVENTION IN PART
FOR PURPOSES OF SETTLEMENT AND DECLINATION IN PART**

1. The United States, Relators, and Defendants Coloplast Corp. ("Coloplast"), and Liberator Medical Supply, Inc. ("Liberator") have reached agreements to resolve certain claims alleged in the Second Amended Complaint brought under the False Claims Act, 31 U.S.C. §§ 3729 *et seq*. In light of these agreements, and for the purpose of effectuating and formalizing those resolutions, pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4), the United States respectfully advises the Court of its decision to intervene in part for the purposes of settlement. Specifically, the United States intervenes in this action with respect to civil claims against Coloplast and Liberator predicated upon the allegations that Coloplast paid unlawful kickbacks to Byram Healthcare Centers, Inc. ("Byram"), CCS Medical, Inc. ("CCS"), Liberator, Liberty Medical Supply, Inc. ("Liberty"), and Handi Medical, Inc. ("Handi") in return for the

performance by Byram, CCS, Liberator, Liberty, and Handi of conversion campaigns, promotional campaigns, and (in the case of Byram, Liberty, and Handi) payment of cash incentives ("spiffs") to sales personnel to induce them to refer patients to Coloplast products.

2. The United States declines intervention with respect to all other claims alleged against Coloplast and Liberator in this action.[1] In addition, the State of California, a named co-plaintiff in this action, has determined not to intervene with respect to all claims asserted against Coloplast, Coloplast A/S, and Liberator.

3. Under the terms and conditions of settlement agreements between the United States and, respectively, Coloplast and Liberator, the Relators and the United States will file Stipulations of Dismissal with respect to all intervened claims in this action following the payment of the settlement amounts.

4. In light of the proposed resolutions referenced herein, the United States does not presently intend to file a complaint in intervention in this action against Coloplast or Liberator, but reserves the right to seek leave to file such a complaint in the event a settlement is not consummated.[2]

5. The United States notes that the settlement agreements of the parties do not resolve Counts XIV through XVIII of the Second Amended Complaint (alleging unlawful

---

[1] With respect to any declined claims brought under the False Claims Act against Coloplast and Liberator, the United States expects that such claims will be voluntarily dismissed with the United States' consent upon consummation of the settlements.

[2] While the agreements of the parties contemplate the resolution of the claims against Coloplast and Liberator in their entirety, should any of the agreements not be consummated in whole or in part, to the extent that any non-intervened claims brought by Relators are not voluntarily dismissed or resolved, the United States reserves its rights under 31 U.S.C. §§ 3730(b)(1) and (c)(3) to be consulted regarding any subsequently-proposed settlement of such claims, and to have all pleadings and filings served upon the United States.


retaliation against Coloplast), nor do they resolve Relators' claims for attorneys' fees and costs. Those claims remain outstanding. Similarly, the settlement agreements do not resolve Relators' claim for a percentage of the proceeds pursuant to 31 U.S.C. § 3730(d).

Dated:  December 22, 2015                          Respectfully submitted,

                                                   CARMEN M. ORTIZ
                                                   United States Attorney

                                   By:   /s/ *George B. Henderson, II*
                                         George B. Henderson, II (BBO #230185)
                                         Kriss Basil (BBO #673074)
                                         Assistant U.S. Attorneys
                                         John J. Moakley U.S. Courthouse, Suite 9200
                                         1 Courthouse Way
                                         Boston, MA 02210
                                         (617) 748-3100
                                         *george.henderson2@usdoj.gov*
                                         *kriss.basil@usdoj.gov*


                                         KAMALA D. HARRIS
                                         Attorney General of California

                                   By:   /s/ *Nicholas N. Paul*
                                         NICHOLAS N. PAUL
                                         Supervising Deputy Attorney General
                                         *Attorney for the State of California*
                                         California Department of Justice
                                         1455 Frazee Road, Suite 315
                                         San Diego, CA 92108


<u>Certificate of Service</u>

I hereby certify that I caused a copy of the foregoing document to be served on counsel of record via the CM/ECF system. I also caused the foregoing document to be sent by e-mail mail (by agreement), to the following parties' counsel:

| | |
|---|---|
| Coloplast, Corp.<br>Thomas W. Beimers<br>FAEGRE BAKER DANIELS LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402-3901<br>Thomas.Beimers@FaegreBD.com | Hollister, Inc.<br>Michael K. Loucks<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Beacon Street<br>Boston, MA 02108-3194<br>michael.loucks@skadden.com |
| A-Med Health Care Center<br>Dennis Warren<br>827 Commons Drive<br>Sacramento, California 95825<br>dwwotp@gmail.com | Byram Healthcare Centers, Inc.<br>Mary Clare Bonaccorsi<br>161 N. Clark Street, Suite 4200<br>Chicago, IL 60601<br>mbonaccorsi@polsinelli.com |
| Liberator Medical Supply, Inc.<br>Bradley W. Howard<br>Brown & Fortunato<br>905 S. Fillmore, Suite 400<br>P.O. Box 9418<br>Amarillo, TX 79105<br>bhoward@bf-law.com | CCS Medical Inc.<br>Paul Cirel<br>100 High Street<br>Boston, MA 02110-2321<br>pcirel@collorallp.com |
| Liberator Medical Supply, Inc.<br>Maureen A. Ruane<br>Lowenstein Sandler LLP<br>65 Livingston Avenue<br>Roseland, NJ 07068<br>MRuane@lowenstein.com | Shield California Health Care Center, Inc.<br>Patrick Hooper<br>HOOPER, LUNDY & BOOKMAN, INC.<br>575 Market Street, Suite 2300<br>San Francisco, CA 94105<br>phooper@health-law.com |
| State of California<br>Nicholas Paul<br>David Zlotnick<br>California Department of Justice<br>1455 Frazee Road, Suite 315<br>San Diego, CA 92108<br>nicholas.paul@doj.ca.gov | |

December 22, 2015

          By: /s/ *George B. Henderson, II*
             George B. Henderson, II
             Assistant U.S. Attorney