UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 11-12131-RWZ

UNITED STATES OF AMERICA
and THE STATE OF CALIFORNIA,
*ex rel.* KIMBERLEY HERMAN, *et al.*

v.

COLOPLAST A/S, *et al.*

ORDER

April 25, 2016

ZOBEL, J.

In response to this court's order of March 1, 2016 (Docket # 83), the parties jointly submitted a proposed schedule in which Relators proposed to file a motion for statutory attorneys' fees against the settling defendants (Docket # 92).[1] This proposed schedule noted the settling defendants' opposition to this proposal, which two of the settling defendants confirmed in a letter to the court (Docket # 100).

The record before the court on this issue is insufficient to treat this exchange as a motion for leave to file a motion for statutory attorneys' fees and an accompanying opposition. If Relators wish to press their request they shall file such a motion—covering each of the four settling defendants—by May 13, 2016. The settling defendants shall consolidate their opposition into a single brief, to be filed within 14 days thereafter.

|  April 25, 2016  |  /s/Rya W. Zobel  |
| --- | --- |
| DATE | RYA W. ZOBEL |
|  | UNITED STATES DISTRICT JUDGE |

---

[1] These defendants are Coloplast Corp., Hollister, Inc., Byram Healthcare Centers, Inc., and Liberator Medical Supply, Inc.