# EXHIBIT 1

## Attachment A: United States' Statement of Facts

1. <u>Coloplast – Byram</u>. The United States alleges that Coloplast paid remuneration, in the form of price reductions, rebates, and marketing funds, to Byram in exchange for Byram's agreement to participate in conversion campaigns and promotional activities having as their objective the referral of Coloplast products. The United States alleges that as a result of these arrangements, Byram submitted, and Coloplast caused Byram to submit false claims to Medicare, Medicaid, and TRICARE (hereinafter "Federal Health Care Programs"). Specifically, the United States alleges as follows:

   a. In 2012 Coloplast and Byram agreed to conduct a joint promotional campaign targeting several thousand patients, including Medicare and Medicaid patients, for conversion to Coloplast ostomy pouch products. In exchange for Byram's participation, Coloplast agreed to give Byram remuneration in the form a price reduction (via a rebate) on the sales estimated to result from the conversions. The United States alleges that, as a result of these activities, Coloplast caused the submission of false claims to Federal Health Care Programs from October 1, 2012, through June 30, 2015.

   b. In 2012, Coloplast and Byram agreed to undertake a joint campaign to promote Coloplast's Brava Elastic Barrier Strips product to between 30,000 and 40,000 ostomy patients. The United States alleges that, in return for Byram's joint participation in the campaign, Coloplast agreed to reduce its price to Byram for the product, and, in addition, Coloplast agreed to pay Byram the costs of cash incentives ("spiffs") paid to Byram sales personnel for each new patient order for the product.

   c. In 2014, Coloplast and Byram conducted another joint promotional campaign for the Coloplast Elastic Barrier Strips product. The United States alleges that, as a result of these activities and the activities described in paragraph 1(a)(ii) above, Coloplast caused the submission of false claims to Federal Health Care Programs from January 3, 2013, through June 30, 2015.

2. <u>Coloplast – Liberator</u>. The United States alleges that in late 2011 and early 2012, Coloplast agreed to reduce its prices to Liberator for Coloplast ostomy pouch products in exchange for Liberator's agreement to promote the Coloplast products through campaign activities designed to convert patients to the Coloplast products. After the price reductions took effect, Liberator and Coloplast undertook conversion campaign activities in two phases. Medicare and Medicaid enrollees were among the patients targeted by the conversion activities. The United States further alleges that in October 2012, Coloplast and Liberator agreed on price reductions for Coloplast's Elastic Barrier Strips product line, and in return Liberator conducted promotional activities in which Liberator referred patients to the Coloplast Elastic Barrier Strips product. The United States alleges that, as a result of these activities, Liberator

submitted, and Coloplast caused the submission of false claims to Federal Health Care Programs during the period February 29, 2012, through January 13, 2015.

3.   <u>Coloplast – CCS Medical, Inc.</u>   The United States alleges that Coloplast paid remuneration to CCS Medical, Inc. ("CCS") in the form of price reductions for certain products in return for CCS conducting conversion and/or marketing campaigns to promote the Coloplast products, as follows:

a.   In 2011, Coloplast agreed to give CCS a price reduction on Coloplast's SpeediCath urological catheter product in return for CCS undertaking a promotional campaign to convert CCS customers to the Coloplast product. The United States alleges that, as a result of these activities, Coloplast caused CCS to submit false claims to Federal Health Care Programs from June 1, 2011, to January 19, 2015.

b.   In late 2012, Coloplast agreed to reduce its prices on Coloplast ostomy products in return for CCS undertaking a promotional campaign to convert patients using a competitor ostomy product to the Coloplast product. The campaign involved the "hard conversion" of patients -- *i.e.*, patients were told they could no longer order the competitor product through CCS. The United States alleges that, as a result of these activities, Coloplast caused CCS to submit false claims to Federal Health Care Programs during the period December 1, 2012, through January 19, 2015.

c.   In late 2012 and early 2013, Coloplast agreed to reduce its price to CCS of Coloplast's Elastic Barrier Strips product, in exchange for CCS's agreement to conduct a promotional campaign for the product targeting at least 4,000 ostomy customers for referral to the Coloplast Elastic Barrier Strips product. The United States alleges that, as a result, Coloplast caused CCS to submit false claims to Federal Health Care Programs from March 3, 2013, through January 19, 2015.

4.   <u>Coloplast – Liberty Medical Supply, Inc.</u>   The United States alleges that, in 2012 and 2013, Coloplast paid remuneration to Liberty Medical Supply, Inc. ("Liberty"), a company based in Port St. Lucie, Florida, in return for Liberty's agreement to conduct conversion and/or marketing campaigns as follows:

a.   In 2011, Coloplast and Liberty agreed that Liberty would convert customers using a competitor product to Coloplast's moldable ring product, and that Liberty customer service representatives would be given a cash incentive ("spiff") for each box sold. To pay for this incentive, Coloplast agreed to lower its pricing on the products for the period of the conversion campaign. A similar follow-on conversion campaign for Coloplast's Brava Moldable Ring was conducted from May 2012 through October 2012, which involved similar cash

incentives given to Liberty customer service representatives and paid for by Coloplast through a price reduction effective during the period of the campaign. The United States alleges that, as a result of these activities, Coloplast caused Liberty to submit false claims to Federal Health Care Programs from December 14, 2011, through March 31, 2015.

      b.      In 2012, Coloplast and Liberty agreed that Liberty would promote Coloplast's Elastic Barrier Strips product by means of a campaign that included payment of cash incentives (spiffs) to Liberty sales personnel, and that to fund the activities and incentives Coloplast would lower the price of the product during the period of the campaign. The United States alleges that, as a result of these activities, Coloplast caused Liberty to submit false claims to Federal Health Care Programs during the period October 1, 2012, through March 31, 2015.

      c.      In 2012, Coloplast agreed reduce the price to Liberty of Coloplast's SenSura X-Pro ostomy products in exchange for Liberty's agreement to conduct a promotional campaign for the products and to pay a "Floor Incentive" to its sales personnel for each box of product sold to newly converted patients. The United States alleges that, as a result of these activities, Coloplast caused Liberty to submit false claims to Federal Health Care Programs during the period September 20, 2012, through March 31, 2015.

      d.      In 2013, Coloplast agreed to reduce the price of its SureCath catheter products in return for Liberty's agreement to promote the product with a "hard conversion" campaign (i.e., patients were told they could no longer obtain the competitor product through Liberty) and payment of a cash incentive ("spiff") to Liberty sales staff for each sale of the Coloplast product to a new user. The United States alleges that, as a result of these activities, Coloplast caused Liberty to submit false claims to Federal Health Care Programs from June 1, 2013, through March 31, 2015.

      5.      <u>Coloplast – Handi Medical, Inc.</u> The United States alleges that in mid-2012, Coloplast and Handi Medical, Inc. ("Handi") agreed to conduct a joint promotional campaign to promote Coloplast's Brava Elastic Barrier Strip product. Coloplast agreed to pay Handi the costs of cash incentives (spiffs) given to Handi sales personnel who successfully promoted the Coloplast product. The Coloplast payment was in the form of "marketing" costs paid to Handi. The United States alleges that, as a result of this arrangement, Coloplast caused Handi to submit false claims to Federal Health Care Programs from June 1, 2012, through June 30, 2015.