UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE UNITED STATES OF AMERICA, and THE STATE OF CALIFORNIA, *ex rel.* KIMBERLY HERMAN, AMY LESTAGE and KEVIN ROSEFF,<br><br>  Plaintiffs,<br><br>v.<br><br>COLOPLAST CORP., *et al.*<br><br>  Defendants. | Civil Action No. 11-12131-RWZ |

**THIRD REVISED JOINT PROPOSED PRETRIAL SCHEDULE
PURSUANT TO FED. R. CIV. P. 26(f) AND L.R. 16.1(d)**

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1(d), Plaintiff Amy Lestage ("Relator Lestage" or "Plaintiff") and Defendant Coloplast Corp. ("Coloplast") submit this Second Revised Joint Proposed Pretrial Schedule.

## I. INTRODUCTION

On July 20, 2016, counsel for Plaintiff and Coloplast conferred on a pre-trial schedule and discovery plan for Relator Lestage's retaliation claims and Coloplast's Counterclaims. Plaintiff filed the parties' joint 26(f) report on July 29, 2016. (ECF No. 163.) On October 11, 2016, the parties submitted a revised joint proposed pretrial schedule. (ECF No. 221.) The parties submitted a second revised joint proposed pretrial schedule on February 17, 2017 (ECF No. 254) to allow an additional 30 days to complete fact discovery based on inclement weather that delayed certain depositions. The Court adopted the parties' revised proposed pretrial schedule on February 21, 2017 (ECF No. 255). The parties have conferred as to a dispute regarding Coloplast's production of certain documents. Based on Coloplast's agreement to

produce additional information, the parties have agreed to extend the expert discovery deadlines to allow Plaintiff to amend or supplement her expert disclosures, and provide the parties additional time to complete expert discovery following the amended disclosures.

## II.     REVISED PROPOSED PRETRIAL SCHEDULE

Pursuant to Local Rule 16.1(d), the parties have agreed to amend their originally proposed pretrial deadlines for the court's consideration:

| Event | Deadline |
|---|---|
| Initial Disclosures | August 15, 2016 (pursuant to stipulation under Fed. R. Civ. P. 26(a)(1)(C)) |
| Deadline to Amend Pleadings or Join Additional Parties | September 1, 2016 |
| Discovery Deadline | Fact discovery will be completed by March 24, 2017. Expert designations and disclosures will be served by May 29, 2017.  Rebuttal expert designations and disclosures under Fed. R. Civ. P. 26(a)(2)(D)(ii) will be served by June 28, 2017.  Expert discovery will be completed by July 26, 2017. |
| Dispositive Motion Deadline | Dispositive Motions due no later than August 26, 2017.  Oppositions due September 16, 2017.  Replies due September 23, 2017. |
| Final Pretrial Conference | At Court's convenience. Parties shall prepare a pretrial memorandum seven days prior to the date of the conference in accordance with L.R. 16.5(d). |
| Trial Date | At the Court's convenience |

May 15, 2017

**Counsel for Coloplast, Corp.**

*/s/ Brian P. Dunphy*
Brian P. Dunphy (BBO #670902)
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, PC
One Financial Center
Boston, MA 02111
Direct: 617.348.1810
BDunphy@mintz.com

Jacqueline A. Mrachek (*pro hac vice*)
Nicole A. Truso (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-8619
Jacqueline.Mrachek@FaegreBD.com
Nicole.Truso@FaegreBD.com

Respectfully submitted,

**Counsel for Plaintiffs/Relators
Kimberly Herman, Amy
Lestage and Kevin Roseff**

*/s/ Paul W. Shaw*
Paul W. Shaw (BBO No. 455500)
Taylor R. Neff (BBO No. 675255)
Joanna S. Bowers (*pro hac vice*)
VERRILL DANA LLP
One Boston Place, Suite 1600
Boston, MA 02108
(617) 309-2600
pshaw@verrilldana.com
tneff@verrilldana.com
jbowers@verrilldana.com

## CERTIFICATE OF SERVICE

     I hereby certify that on May 15, 2017, I caused a true and accurate copy of the foregoing document to be filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                              */s/ Paul W. Shaw*
                              Paul W. Shaw