## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA AND THE STATE OF CALIFORNIA, *ex rel.* KIMBERLY HERMAN, AMY LESTAGE, and KEVIN ROSEFF,<br><br>        Plaintiffs,<br><br>   vs.<br><br>COLOPLAST A/S, COLOPLAST CORP., HOLLISTER INC., 180 MEDICAL, INC., A-MED HEALTH CARE CENTER, BYRAM HEALTHCARE CENTERS, INC., CCS MEDICAL, INC., LIBERATOR MEDICAL SUPPLY, INC., RGH ENTERPRISES, INC. d/b/a EDGEPARK MEDICAL SUPPLIES, and SHIELD CALIFORNIA HEALTH CARE CENTER, INC.,<br><br>        Defendants. | CIVIL ACTION NO.: 11-cv-12131 RWZ |

## SHIELD CALIFORNIA HEALTHCARE CENTER INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS

Defendant Shield California Health Care Center, Inc. ("Shield") hereby moves this Court pursuant to Fed.R.Civ.P. 12(c) for judgment on the pleadings dismissing relators' action against Shield on the grounds said action is barred by 31 U. S. C. § 3130(e)(3), the "government action bar" of the Federal False Claims Act, and its California analog, Cal. Gov't Code § 12652(d).

This motion is supported by the accompanying memorandum of points and authorities and exhibits and the other pleadings on file with the Court and those documents of which the Court may take judicial notice.

Pursuant to Local Rule 7.1(a)(2), Counsel for Shield  and the relators conferred previously to attempt to resolve or narrow the issues to be resolved by

this motion.  However, they have been unable to do so making this motion necessary.

Shield requests oral argument on this motion pursuant to Local Rule 7.1(d) to assist the Court in determining the outcome of the motion.

DATED: December 26, 2017

Respectfully submitted,

*/s/ Patric Hooper*

Patric Hooper (Pro Hac Vice)
HOOPER, LUNDY & BOOKMAN, P.C.
1875 Century Park East, Suite 1600
Los Angeles, California 90067-2517
(310) 551-8111 | (310) 551-8181 (fax)
pHooper@health-law.com

David S. Schumacher (SBN 647917)
HOOPER, LUNDY & BOOKMAN, P.C.
470 Atlantic Avenue, Suite 1201
Boston, MA 02210
(617) 532-2700 | (617) 345-3927 (fax)
dschumacher@health-law.com

Katrina A. Pagonis (Pro Hac Vice)
HOOPER, LUNDY & BOOKMAN, P.C.
575 Market Street, Suite 2300
San Francisco, California 94105
(415) 875-8515 | (415) 875-8519 (fax)
kpagonis@health-law.com

*Attorneys for Defendant Shield*
*California Health Care Center, Inc.*

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Los Angeles, State of California.  My business address is 1875 Century Park East, Suite 1600, Los Angeles, CA 90067-2517.

On December 26, 2017, I served true copies of the following document(s) described as **SHIELD CALIFORNIA HEALTHCARE CENTER INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 26, 2017, at Los Angeles, California.

*/s/ Patric Hooper*

Patric Hooper

**SERVICE LIST**
**United States of America, et al. v. Coloplast A/S, et al.**
**11-cv-12131 RWZ**

George B. Henderson, II
United States Attorney's Office MA
1 Courthouse Way, Ste. 9200
John J. Moakley U.S. Courthouse
Boston, MA 02210
Tel:  (617) 748-3272
Email: George.Henderson2@usdoj.gov,
caseview.ecf@usdoj.gov,
ellen.souris@usdoj.gov,
usama.ecf@usdoj.gov

*Attorneys for United States of*
*America*

*Via CM/ECF*

Kriss Basil
United States Attorney's Office MA
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel:  (617) 748-3387
Email: kriss.basil@usdoj.gov,
alisis.pena@usdoj.gov,
CaseView.ECF@usdoj.gov

*Attorneys for United States of*
*America*

*Via CM/ECF*

Taylor R. Neff
Joanna B. Bowers
Verrill & Dana, LLP
One Portland Square
Portland, ME 04112-0586
Tel:  (207) 774-4000
Email: tneff@verrilldana.com,
jbowers@verrilldana.com

*Attorneys for Relators*

*Via CM/ECF*

Paul W. Shaw
Verrill Dana, LLP
One Boston Place, Suite 1600
Boston, MA 02108
Tel:  (617) 309-2600
Email: pshaw@verrilldana.com,
idamato@verrilldana.com

*Attorneys for Relators*

*Via CM/ECF*

Jeffrey E. Marcus
Marcus, Neiman & Rashbaum
2 S Biscayne Blvd., Suite 1750
Miami, FL 33131
Tel:  (305) 400-4265
Email: jmarcus@mnrlawfirm.com

*Attorneys for Relators*

*Via CM/ECF*

Jose P. Sierra
Laredo & Smith LLP
101 Federal Street, Suite 650
Boston, MA  02110
Tel:  (617) 443-1100
Email:  sierra@laredosmith.com,
doyle@laredosmith.com,
salsburg@laredosmith.com

*Attorneys for Defendant*
*A-Med Health Care, Inc.*

*Via CM/ECF*

Ingrid S. Martin
Collora LLP
100 High Street, 20th Floor
Boston, MA  02110
Tel:  (617) 371-1022
Email:  imartin@collorallp.com

*Attorneys for Defendant*
*CCS Medical Supplies, Inc.*

*Via CM/ECF*

Lauren A. Graber
Collora LLP
100 High Street, 20th Floor
Boston, MA  02110
Tel:  (617) 371-1000
Email:  lgraber@collorallp.com

*Attorneys for Defendant*
*CCS Medical Supplies, Inc.*

*Via CM/ECF*

Paul R. Cirel
Collora LLP
100 High Street, 20th Floor
Boston, MA  02110
Tel:  (617) 371-1025
Email:  pcirel@collorallp.com,
imartin@collorallp.com,
mcottreau@collorallp.com

*Attorneys for Defendant*
*CCS Medical Supplies, Inc.*

*Via CM/ECF*

Brian P. Dunphy
Mintz, Levin, Cohn, Ferris, Glovsky &
Popeo, P.C.
One Financial Center
Boston, MA  02111
Tel:  (617) 542-6000
Email:  bdunphy@mintz.com,
docketing@mintz.com

*Attorneys for Defendant*
*Coloplast Corp.*

*Via CM/ECF*

Jacqueline A. Mrachek
Nicole A. Truso
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
Tel:  (612) 766-8619
Email:  jacqueline.mrachek@faegrebd.com,
nicole.truso@faegrebd.com,
julia.bodin@faegrebd.com,
linda.koenig@faegrebd.com,
susan.yelk@faegrebd.com,
tessa.strandquist@faegrebd.com

*Attorneys for Defendant*
*Coloplast Corp.*

*Via CM/ECF*

Michael K. Loucks
Alexandra M. Gorman
Rene H. DuBois
Skadden, Arps, Slate, Meagher & Flom LLP
600 Boylston Street
Boston, MA  02116
Tel:  (617) 573-4800
Email:  michael.loucks@skadden.com,
alexandra.gorman@skadden.com,
rene.dubois@skadden.com,
mlcbos@skadden.com,
tholden@skadden.com

*Attorneys for Defendant*
*Hollister Inc.*

*Via CM/ECF*

Emily C. Hannigan
Greenberg Traurig, LLP
One International Place, Suite 2000
Boston, MA  02110
Tel:  (617) 310-6000
Email:  hannigane@gtlaw.com

*Attorneys for Defendant*
*Liberator Medical Supply, Inc.*

*Via CM/ECF*

Maureen A. Ruane
Jamie Gottlieb Furia
Lowenstein Sandler, LLP
65 Livingston Avenue
Roseland, NJ  07068
Tel:  (973) 597-2500
Email:  mruane@lowenstein.com,
ifuria@lowenstein.com

*Attorneys for Defendant*
*Liberator Medical Supply, Inc.*

*Via CM/ECF*

Douglas Patton
Samuel Randall
Kenny Nachwalter, P.A.
1441 Brickell Avenue, Suite 1100
Miami, FL 33131-4327
Tel: (305) 373-1000
Email: dpatton@knpa.com,
srandall@knpa.com, agonzalez@knpa.com,
mmitchell@knpa.com, sperwin@knpa.com,
mbrehm@knpa.com, vblechman@knpa.com

*Attorney for Interested Party*
*Kenny Nachwalter, P.A.*

*Via CM/ECF*

John A. Freedman
Jeffrey L. Handwerker
R. Stanton Jones
Arnold & Porter LLP
601 Massachusetts Avenue NW
Washington, DC 20001
Tel: (202) 942-5000
Email: john.freedman@aporter.com,
jeffrey.handwerker@aporter.com,
stanton.jones@aporter.com

*Attorneys for Amicus Curiae*
*Pharmaceutical Research and*
*Manufacturers of America (PhRMA)*