UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE UNITED STATES OF AMERICA, and )<br>THE STATE OF CALIFORNIA, )<br>*ex rel.* KIMBERLY HERMAN, AMY LESTAGE )<br>and KEVIN ROSEFF, )<br>   )<br>      Plaintiffs, )<br>   )<br>v. )<br>   )<br>COLOPLAST CORP., *et al.* )<br>   )<br>      Defendants. ) | Civil Action No. 11-12131-RWZ |

**MOTION FOR ADMISSION *PRO HAC VICE* OF**
**CECILIE H. MACINTYRE, ESQ.**

Pursuant to Local Rule of the United States District Court for the District of Massachusetts 83.5.3, Paul W. Shaw, Esq., a member in good standing of the Bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, moves for the admission of Cecilie H. MacIntyre, a member of the Bars of the States of Maine, California and New York, to this Court for the purpose of representing Plaintiffs in the above-captioned matter, and states as follows:

1.  Cecilie H. MacIntyre is an attorney at Verrill Dana LLP, One Portland Square, Portland, ME 04112. Her telephone number is (207) 774-4000.

2.  Cecilie H. MacIntyre is a member in good standing of the Bars of the States of Maine, California and New York, and has no disciplinary proceedings pending against her as a member of the bar in any jurisdiction.

3.  Cecilie H. MacIntyre is familiar with the applicable provisions of the Local Rules of the United States District Court for the District of Massachusetts.

4.Paul W. Shaw, a member of the Bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, will continue to represent Plaintiffs if this motion is granted.

5.In accordance with this Court's fee schedule, a one hundred dollar ($100.00) filing fee will be paid for the admission of Cecilie H. MacIntyre to this Court within 24 hours after this document is submitted electronically.

WHEREFORE, the Plaintiffs respectfully request that Cecilie H. MacIntyre be admitted to practice before this Court *pro hac vice* for the purpose of appearing as counsel for Plaintiffs in the above-referenced proceeding in accordance with the Rules of this Court.

/s/ Paul W. Shaw
Paul W. Shaw (BBO No. 455500)
Verrill Dana LLP
One Boston Place, Suite 1600
Boston, MA 02108
Telephone: (607) 309-2600
Fax: (617) 309-2601
pshaw@verrilldana.com

Cecilie H. MacIntyre (to be admitted *pro hac vice*)
Verrill Dana LLP
One Portland Square
Portland, ME 04112
Telephone: (207) 774-4000
Fax: (207) 774-7499
cmacintyre@verrilldana.com

*Attorneys for Plaintiffs*

Dated:  March 19, 2018

-3-

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 19, 2018, I caused a true and accurate copy of the foregoing document to be filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

      */s/ Paul W. Shaw*  
      Paul W. Shaw

9444181