UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


<u>United States of America et al</u>
    Plaintiff

CIVIL ACTION NO. <u>1:11-cv-12131-RWZ</u>

<u>Coloplast A/S et al</u>
    Defendant


**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

To: Judge Zobel


[ ]   The parties reported this case as settled prior to the mediation

**[X]**   On <u>7/25/2018</u> I held the following ADR proceeding:

| | | | |
|---|---|---|---|
| _____ | SCREENING CONFERENCE | _____ | EARLY NEUTRAL EVALUATION |
| __X__ | MEDIATION | _____ | SUMMARY BENCH / JURY TRIAL |
| _____ | MINI-TRIAL | _____ | SETTLEMENT CONFERENCE |

All parties were represented by counsel.

The case was:

[ ]   The underlying case has been settled.

**[X]**   **There was progress, but this case should be restored to your trial list. Undersigned remains available to mediate this case at the request of counsel.**

[ ]   Parties do not wish to mediate. This case should be restored to your trial list.

[ ]   Suggested strategy to facilitate settlement:


<u>7/25/2018</u>                                       <u>Marianne B. Bowler, USMJ</u>
DATE                                              ADR Provider