UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF CALIFORNIA, ex rel. KIMBERLY HERMAN, AMY LESTAGE, AND KEVIN ROSEFF,<br><br>    Plaintiffs,<br><br>v.<br><br>COLOPLAST A/S, COLOPLAST CORP., HOLLISTER INC., 180 MEDICAL, INC., A-MED HEALTH CARE CENTER, , BYRAM HEALTHCARE CENTERS, INC., CCS MEDICAL, INC., LIBERATOR MEDICAL SUPPLY, INC., RGH ENTERPRISES, INC. d/b/a EDGEPARK MEDICAL SUPPLIES, AND SHIELD CALIFORNIA HEALTH CARE CENTER, INC.,<br><br>    Defendants. | CIVIL ACTION NO:   11-12131-RWZ |

**NOTICE OF APPEARANCE FOR PLAINTIFFS
KIMBERLY HERMAN, AMY LESTAGE, AND KEVIN ROSEFF**

    NOTICE IS HEREBY GIVEN of the appearance of Tawny L. Alvarez, Esq., as counsel for Plaintiffs Kimberly Herman, Amy Lestage, and Kevin Roseff in the above-captioned matter, and request that all notices, pleadings, motions, orders, and other filings entered in this matter be forwarded to the undersigned.

<div style="margin-left:50%">

Respectfully submitted,

KIMBERLY HERMAN, AMY LESTAGE,
and KEVIN ROSEFF

</div>

September 10, 2018                              By their attorneys,

<div style="margin-left:50%">

/s/ *Tawny L. Alvarez*
Tawny L. Alvarez (BBO No. 672255)
VERRILL DANA, LLP
One Portland Square
Portland, ME  04101
(207) 253-4522 (phone)
(207) 774-7499 (fax)
talvarez@verrilldana.com

Paul W. Shaw (BBO No. 455500)
VERRILL DANA, LLP
One Boston Place, Suite 1600
Boston, MA 02108-4407
(617) 309-2600
(617) 309-2601 (fax)
pshaw@verrilldana.com

</div>

-3-

## CERTIFICATE OF SERVICE

    I, Tawny L. Alvarez hereby certify that on September 10, 2018, I caused true and accurate copies of the within document to be served on all counsel who have requested notice in this case via the Court's CM/ECF system.

                                          /s/ *Tawny L. Alvarez*
                                          Tawny L. Alvarez
                                          VERRILL DANA, LLP
                                          One Portland Square
                                          Portland, ME  04101
                                          (207) 253-4522 (phone)
                                          (207) 774-7499 (fax)
                                          talvarez@verrilldana.com