UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE UNITED STATES OF AMERICA, and THE STATE OF CALIFORNIA, *ex rel.* KIMBERLY HERMAN, AMY LESTAGE and KEVIN ROSEFF,<br><br>Plaintiffs,<br><br>v.<br><br>COLOPLAST CORP., *et al.*<br><br>Defendants. | Civil Action No. 11-12131-RWZ |

**JOINT PROPOSED FINAL PRETRIAL SCHEDULE**
**PURSUANT TO FED. R. CIV. P. 26(f) AND L.R. 16.1(E)**

NOW COME the parties, Plaintiff Amy Lestage ("Relator" or "Plaintiff") and Defendant Coloplast Corp. and submit this Joint Proposed Final Pretrial Schedule.

This case has been scheduled for Final Pretrial Conference pursuant to Rule 16.5 on March 26, 2019, with Jury Trial commencing April 8, 2019.

The parties have conferred and agree to the following deadlines for trial:

| Event | Deadline |
|---|---|
| Motions *in limine* (if any) due | 1/22/2019 |
| Rebuttal expert disclosures due (L.R. 26.4(a) and FRP 26(a)(2)). | 1/28/2019 |
| Responses to Motions *in limine* due | 2/5/2019 |

| | |
|---|---|
| Pretrial disclosures (FRCP 26(a)(3) and L.R. 16.5(c)) | 2/26/2019 |
| Objections to evidence identified in disclosures shall be made before counsel confer regarding the pretrial memo (LR 16.5(c)) | Before counsel confer regarding pretrial memorandum |
| Counsel to confer to prepare joint pretrial disclosure (LR 16.5(d)) | 3/12/2019 |
| File joint pretrial memorandum (LR 16.5(d)) | 3/19/2019 |
| Trial briefs due (LR 16.5(f)) | 4/1/2019 |
| Advise judicial officer and other parties of identify of all witnesses whose testimony it may offer during trial, whether by affidavit, deposition or oral testimony (L.R. 43.1) | 4/1/2019 |

The Parties respectfully request that the Court enter a scheduling order adopting the above pre-trial schedule.

January 22, 2019                                               Respectfully submitted,

**Counsel for Coloplast Corp.**                    **Counsel for Plaintiffs/Relators Kimberly Herman, Amy Lestage and Kevin Roseff**

/s/ *Jacqueline A. Mrachek*
Jacqueline A. Mrachek (*pro hac vice*)
Nichole A. Truso (*pro hac vice*)
Faegre Baker Daniels LLP
2200 Wells Fargo Center
Minneapolis, MN  55402-3901
(612)766-8619
Jacqueline.Mrachek@FaegreBD.com
Nicole.Truso@FaegreBD.com

Brian P. Dunphy (BBO No. 670902)
Mintz, Levin, Cohn, Ferris,
Glovsky and Popeo, PC
One Financial Center
Boston, MA  02111
(617)348-1810
BDunphy@Mintz.com

/s/ *Tawny L. Alvarez*
Tawny L. Alvarez (BBO 672255)
Paul W. Shaw (BBO No. 455500)
VERRILL DANA LLP
One Boston Place, Suite 1600
Boston, MA 02108
(617) 309-2600
PShaw@VerrillDana.com
TAlvarez@VerrillDana.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on January 22, 2019, I caused a true and accurate copy of the foregoing document to be filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

              */s/ Tawny L. Alvarez*
              Tawny L. Alvarez