UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

THE UNITED STATES OF AMERICA, and
THE STATE OF CALIFORNIA,
*ex rel.* KIMBERLY HERMAN, AMY
LESTAGE and KEVIN ROSEFF,

    Plaintiffs,

v.

COLOPLAST CORP., *et al.*

    Defendants.

Civil Action No. 11-12131-RWZ

## REVISED EXHIBIT LIST FROM
## JOINT PRETRIAL MEMORANDUM

NOW COME the parties Plaintiff Amy Lestage ("Relator" or "Plaintiff") and Defendant Coloplast Corp. ("Coloplast" or "Defendant") and hereby submit the attached revised exhibit lists for the Joint Pretrial Memorandum in connection with the trial that is scheduled to begin on April 8, 2019.

| JOINT (STIPULATED) EXHIBITS | | |
|---|---|---|
| **JX** | **Bates No. / Depo Ex. No.** | **Description** |
| **JX-1** | COLOPLAST 1142-1147 | KAM Commission Statements 2011-2012 |
| **JX-2** | COLOPLAST 1148-1153 | KAM Commission Statements 2012-2013 |
| **JX-3** | COLOPLAST 1106-1111 | KAM Commission Statements 2013-2014 |
| **JX-4** | COLOPLAST 1112-1117 | KAM Commission Statements 2014-2015 |
| **JX-5** | COLOPLAST 1118-1123 | KAM Commission Statements 2015-2016 |
| **JX-6** | COLOPLAST 1136-1141 | KAM Commission Statements 2016-2017 |
| **JX-7** | COLOPLAST 1130-1135 | KAM Commission Statements 2017-2018 |
| **JX-8** | COLO_LESTAGE 107 | Plaintiff's 2011 W-2 |
| **JX-9** | COLO_LESTAGE 108 | Plaintiff's 2012 W-2 |
| **JX-10** | COLO_LESTAGE 109 | Plaintiff's 2013 W-2 |
| **JX-11** | COLO_LESTAGE 110 | Plaintiff's 2014 W-2 |
| **JX-12** | COLO_LESTAGE 111 | Plaintiff's 2015 W-2 |
| **JX-13** | COLO_LESTAGE 4680 | Plaintiff's 2016 W-2 |

| JOINT (STIPULATED) EXHIBITS | | |
|---|---|---|
| JX | Bates No. / Depo Ex. No. | Description |
| JX-14 | COLO_LESTAGE 4755 | Plaintiff's 2017 W-2 |
| JX-15 | COLO_LESTAGE 4869 | Plaintiff's 2018 W-2 |
| JX-16 | Hansen 3<br>Lestage 19<br>Pedersen 2<br>COLO_LESTAGE 105 | Letter from Nicholas Pedersen to Amy Lestage (12/23/2014) |
| JX-17 | COLO_LESTAGE 1-3<br>Hansen 4<br>Lestage 20<br>Pedersen 3 | Email from Amy Lestage to Morten Hansen / N. Pedersen (12/24/2014) and Reply by N. Pedersen (12/30/2014) |
| JX-18 | Coloplast 376-378 | Email with attached letter from Perry Bernocchi to Edmond Veome (12/19/2014) |
| JX-19 | COLOPLAST 0538-0539 | Email from Morten Hansen to Amy Lestage, cc Debra Babcock re Summary of Conversation and Next Steps (05/04/2016) |
| JX-20 | COLO_LESTAGE 81-85 | Email chain Morten Hansen / Amy Lestage, cc Debra Babcock re Summary of Conversation and Next Steps (05/04/2016, 5/10/2016, 5/11/2016) |
| JX-21 | COLO_LESTAGE 6-8<br>Lestage 21 | Email chain Carl Skarstad, Nicholas Pedersen and Amy Lestage re Medical Benefits (07/23/2015 and 07/28/2015) |
| JX-22 | COLO_LESTAGE 43-46 | Email chain Cari Skarstad and Amy Lestage re Pay (2/16/2018-2/18/2016) |
| JX-23 | COLO_LESTAGE 9-28 | Email attachment: The Employee's Guide to The Family and Medical Leave Act |
| JX-24 | COLOPLAST 0580-0581 | Letter from Debbie Babcock of Coloplast to Amy Lestage re Return to Work (04/08/2016) |
| JX-25 | COLOPLAST 0578-0579 | Key Account Manager: Job Function Summary |
| JX-26 | COLOPLAST 0592-0595 | Territory Managers, Regional Managers, Key Account Managers & National Account Managers: F/Y 2015-2016 US Chronic Care Sales Award Criteria (Eff. 10/1/15-9/30/16) |
| JX-27 | COLOPLAST 0582-0591 | Key Account Manager: F/Y 2016 Sales Commission Plan Document (Eff. 10/1/15- 9/30/16) |
| JX-28 | COLOPLAST 0903-0952 | Coloplast U.S. Employee Handbook (Rev. April 2012) |
| JX-29 | COLO_LESTAGE 4659-4668 | Key Account Campaign Planning FY 16/17 KAM: Amy Lestage (October 2016) |
| JX-30 | COLOPLAST 0973-0980 | Coloplast Key Accounts: Overview of Key CC Accounts August 2015 |
| JX-31 | COLOPLAST 0981-0983 | Email Hansen regarding CCS Medical (10/07/2013) and ABC Medical (06/24- 27/2016) |
| JX-32 | COLO_LESTAGE 1124-1129 | Key Account Manager Commission Statements 2016-2017 |

| JOINT (STIPULATED) EXHIBITS | | |
|---|---|---|
| JX | Bates No. / Depo Ex. No. | Description |
| JX-33 | COLO_LESTAGE 112-127; 4874 | Amy Lestage Earnings Statements Period Ending 01/08/2016 - 09/02/2016, 12/14/2018 |
| JX-34 | COLO_LESTAGE 4669-4677, 4756 | Revenue Statements 2013-2016, Sales-In Report |
| JX-35 | Hansen 1 | KAM, DTC Manager, Account Chart |
| JX-36 | COLOPLAST 0961-0968 | Excel Spreadsheets Account Assignments to KAMs |
| JX-37 | COLOPLAST 0336-337 | Email from Debbie Babcock to Veome, Hanson, Mrachek and McCarthy re Update from Call with Amy Lestage (4/12/2016) |
| JX-38 | Lestage 18 COLO_LESTAGE 1460-1461 | Email chain Lestage and Hansen (12/17/2014) |
| JX-39 | Lestage 22 Coloplast 0683-0684 | Email Debra Babcock to Amy Lestage cc Morten Hansen re Follow-up to Tuesday's call (4/26/2016) |
| JX-40 | Lestage 23 COLO_LESTAGE 88-90 | Email chain Morten Hansen and Amy Lestage re Training Follow-up (5/13/2016, 5/12/2016) |
| JX-41 | COLO_LESTAGE 4857 | Amy Lestage Health Records with South Shore Medical Center 7/17/2018 |
| JX-42 | COLO_LESTAGE 050-059 | Fiscal Year 2016 Sales Commission Plan Document (10/1/15-9/30/16) |
| JX-43 | COLO_LESTAGE 35-37 | Email from Plaintiff to C. Skarstad (12/3/15) |
| JX-44 | COLOPLAST 0500 | Email from D. Babcock to Plaintiff (4/15/16) |
| JX-45 | COLOPLAST 0327 | Email from W. Mitros to Har-Kel/Blackburn's (5/10/16) |
| JX-46 | COLOPLAST 0959-0960 | Email from K. Jones from M. Hansen (7/31/15) |
| JX-47 | COLOPLAST 0324-0326 | Email from D. Babcock to M. Hansen (4/28/16) |
| JX-48 | COLOPLAST 1154-1155 | 2018 People Review for Amy Lestage |
| JX-49 | | Deposition Transcript of Neel Vadhan and Exhibits |
| JX-50 | | Deposition Transcript of Nicholas Pedersen and Exhibits |
| JX-51 | | Deposition Transcript of Perry Bernocchi and Exhibits |
| JX-52 | | *Deposition Transcript of Amy Lestage (2/2/17) |
| JX-53 | | *Deposition Transcript of Edmond Veome and Exhibits |
| JX-54 | | *Deposition Transcript of Morten Hansen and Exhibits |
| JX-55 | | Coloplast Settlement Agreement (12/22/2015) |
| JX-56 | | Liberator Settlement Agreement (12/22/2015) |
| JX-57 | | Byram Settlement Agreement (04/29/2016) |
| JX-58 | | Hollister Settlement Agreement (04/29/2016) |
| JX-59 | | CCS Medical Settlement Agreement (07/24/2017) |

| PLAINTIFF LESTAGE EXHIBITS | | | |
|---|---|---|---|
| **PX** | **Bates No. / Depo Ex. No.** | **Description** | **Objection** |
| **PX-1** | COLO_LESTAGE 095-099 | Email chain Morten Hansen, Sheri Bowie and Amy Lestage (09/02/2016), Amy Lestage to Sheri Bowie (8/25/2016), and Melissa Boyer to "Amy" and "Robert" at Coloplast (08/25/2016) re New Customer. | Relevance |
| **PX-2** | | Original qui tam complaint (filed 12/02/2011) | Relevance, Prejudicial |
| **PX-3** | | Amended qui tam complaint (11/20/2014) | Relevance, Prejudicial, Confusing |
| **PX-4** | COLOPLAST 0153-0172 | Short Term Disability Income Benefit Plan 2013 | Relevance |
| **PX-5** | Lestage 1 COLO_LESTAGE 785-798 | DTC Meeting (04/12/2012) | Relevance, Prejudicial |
| **PX-6** | Lestage 12 | Email chain to Ulrik Berthelsen from Lestage re CCS News (7/27/2012). | Relevance, Prejudicial |
| **PX-7** | | Roberts Table 1. Comparable 2015 Earnings Data: | For reasons stated in Motion in Limine |
| **PX-8** | | Roberts Exhibit B. Model B Projected Before-Tax Earnings (Real 2015$) | For reasons stated in Motion in Limine |
| **PX-9** | | Roberts Supplemental Table B2. Calculation of Economic Loss for Amy Lestage. | For reasons stated in Motion in Limine |
| **PX-10** | | Roberts Supplemental Table B4. Calculation of Taxes on Future Lost Earnings. | For reasons stated in Motion in Limine |
| **PX-11** | | Roberts Supplemental Table B5. Calculation of Taxes on Lump-Sum Award. | For reasons stated in Motion in Limine |
| **PX-12** | | Curriculum vitae Judith Roberts. | For reasons stated in Motion in Limine |
| **PX-13** | COLO_LESTAGE 4813-4835 COLOPLAST 0149-0152 | Lestage personnel file excerpts | Relevance |

| PLAINTIFF LESTAGE EXHIBITS ||||
|---|---|---|---|
| **PX** | **Bates No. / Depo Ex. No.** | **Description** | **Objection** |
| PX-14 | | Coloplast Corp.'s Answers and Objections to Plaintiff Amy Lestage's First Set of Interrogatories | Relevance, live witnesses to testify |
| PX-15 | | Coloplast Corp.'s Amended Answers and Objections to Plaintiff Amy Lestage's First Set of Interrogatories | Relevance, live witnesses to testify |
| PX-16 | | Coloplast Corp.'s Answers and Objections to Plaintiff Amy Lestage's Second Set of Interrogatories | Relevance, live witnesses to testify |

| DEFENDANT COLOPLAST EXHIBITS ||||
|---|---|---|---|
| **DX** | **Bates No. / Depo Ex. No.** | **Description** | **Objection** |
| DX-1 | | Letter demanding Amy Lestage return to work (01/15/2016) | Authentication/Hearsay/Unfair Prejudice (Rule 403) |
| DX-2 | COLO_LESTAGE 004870-7873 | Lestage 2015 Federal Tax Return Summary | Relevancy/unfair prejudice (Rule 403) |
| DX-3 | COLO_LESTAGE 004858-4868 | Lestage 2016 Federal Tax Return | Relevancy/unfair prejudice (Rule 403) |
| DX-4 | COLO_LESTAGE 004743-4754 | Lestage 2017 Federal Tax Return | Relevancy/unfair prejudice (Rule 403) |
| DX-5 | Dkt. No. 274-13 | Memo from P. Shaw to T. Beimers (12/28/15) | Rule 408 compromise offer |
| DX-6 | COLOPLAST 0654-0655 | Email from V. Seals to M. Hansen (5/9/16) | Hearsay |
| DX-7 | COLOPLAST 0319-0320 | Email from T. Beimers to P. Shaw (1/14/15) | Hearsay/Relevance |
| DX-8 | | Expert Rebuttal Report of F. McCloskey (including exhibits) | Hearsay |
| DX-9 | | Supplemental Expert Rebuttal Report of F. McCloskey | Hearsay |

| April 4, 2019 | Respectfully submitted, |
|---|---|
| **Counsel for Coloplast Corp.** | **Counsel for Plaintiffs/Relators Kimberly Herman, Amy Lestage and Kevin Roseff** |
| */s/ Brian P. Dunphy*<br>Brian P. Dunphy (BBO No. 670902)<br>Mintz, Levin, Cohn, Ferris,<br>Glovsky and Popeo, PC<br>One Financial Center<br>Boston, MA  02111<br>(617)348-1810<br>BDunphy@Mintz.com | */s/ Tawny L. Alvarez*<br>Tawny L. Alvarez (BBO 672255)<br>Paul W. Shaw (BBO No. 455500)<br>VERRILL DANA LLP<br>One Boston Place, Suite 1600<br>Boston, MA 02108<br>(617) 309-2600<br>TAlvarez@VerrillDana.com<br>PShaw@VerrillDana.com |
| Jacqueline A. Mrachek (*pro hac vice*)<br>Nichole A. Truso (*pro hac vice*)<br>Faegre Baker Daniels LLP<br>2200 Wells Fargo Center<br>Minneapolis, MN  55402-3901<br>(612)766-8619<br>Jacqueline.Mrachek@FaegreBD.com<br>Nicole.Truso@FaegreBD.com | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 4th day of April, 2019, a copy of the within document was electronically filed with the Clerk of Court using the CM/ECF system which will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                                               */s/ Tawny L. Alvarez*
                                                               Tawny L. Alvarez