IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA AND THE STATE OF CALIFORNIA, *ex rel*. KIMBERLY HERMAN, AMY LESTAGE, and KEVIN ROSEFF,<br><br>Plaintiffs,<br><br>v.<br><br>COLOPLAST A/S, COLOPLAST CORP., HOLLISTER INC., 180 MEDICAL, INC., A-MED HEALTH CARE CENTER, BYRAM HEALTHCARE CENTERS, INC., CCS MEDICAL, INC., LIBERATOR MEDICAL SUPPLY, INC., RGH ENTERPRISES, INC. d/b/a EDGEPARK MEDICAL SUPPLIES, and SHIELD CALIFORNIA HEALTH CARE CENTER, INC.,<br><br>Defendants. | Civil A. No. 11-cv-12131-RWZ |

**Plaintiff's PROPOSED Verdict Form**

Plaintiff, Amy Lestage, by and through the undersigned counsel, respectfully submits the below jury instructions for the Court's consideration:

1. Has Plaintiff proven by a preponderance of the evidence that the Defendant Coloplast discharged, demoted, suspended, threatened, harassed, or otherwise discriminated against her in retaliation for her engaging in activity protected by the False Claims Act?

    Yes _____   No _____

*If your answers to Question #1 above is no, answer no further questions.*

2. Has Defendant set forth a legitimate non-discriminatory reason for the adverse action it took against Plaintiff?

Yes _____   No _____

*If your answers to Question #2 above is no, skip to Question #4.*

*If your answers to Question #2 above is yes, proceed to Question #3.*

3. Has Plaintiff proven by a preponderance of the evidence that the legitimate non-discriminatory reason for the adverse action set forth by Defendant is pretextual?

Yes _____ No _____

4. What damages do you award Plaintiff to compensate her for lost pay, and/or benefits which she would have received from Defendant if the retaliatory conduct had not occurred?

| | |
|---|---|
| Back Pay | $_____ |
| Diminution of Future Earnings | $_____ |
| Other Damages | $_____ |

DATED: April 8, 2019

Respectfully submitted,

**Counsel for Plaintiff Amy Lestage**

*/s/ Tawny L. Alvarez*
Tawny L. Alvarez (BBO No. 672255)
Paul W. Shaw (BBO No. 455500)
VERRILL DANA LLP
One Boston Place, Suite 1600
Boston, MA 02108
(617) 309-2600
PShaw@VerrillDana.com
TAlvarez@VerrillDana.com

## CERTIFICATE OF SERVICE

      I hereby certify that on April 8, 2019, I caused a true and accurate copy of the foregoing document to be filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Tawny L. Alvarez*
Tawny L. Alvarez