UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 11-12131-RWZ

UNITED STATES OF AMERICA
and STATE OF CALIFORNIA,
ex rel. KIMBERLY HERMAN, AMY LESTAGE and KEVIN ROSEFF

v.

COLOPLAST CORP., et al.

QUESTIONS TO THE JURY ON SPECIAL VERDICT

1. Did plaintiff, Amy Lestage, engage in protected conduct under the False Claims Act?

    YES ✓    NO ____

    If the answer is YES, please answer next Question 2.

    If the answer is NO, please return your verdict to the court.

2. Did defendant, Coloplast Corp., know of plaintiff's protected conduct on or before December 23, 2014?

    YES ✓    NO ____

    If the answer is YES, please answer next Question 3.

    If the answer is NO, please return your verdict to the court.

3. Did defendant retaliate against plaintiff because of her protected conduct

    (a)   by placing her on indefinite administrative leave?

            YES ✓    NO ____

    (b)   by the choice of accounts assigned to her upon her return in 2016?

            YES ✓    NO ____

*Please answer both parts of Question 3.*

*If the answer to one or both parts of Question 3 is <u>YES</u>, please answer next that part of Question 4 that corresponds to your answer to Question 3.*

*If the answer to both parts of Question 3 is <u>NO</u>, please return your verdict to the court.*

4. Did defendant's conduct cause plaintiff to suffer damages as a result of

    (a)   the administrative leave?

            YES ✓    NO ____

    (b)   the assignment of accounts after her return?

            YES ✓    NO ____

*Please answer only that subpart as to which you answered <u>YES</u> in response to Question 3.*

*If the answer as to one or both parts of Question 4 is <u>YES</u>, please answer next Question 5.*

*If the answer to both parts is <u>NO</u>, please return your verdict to the court.*

5. Plaintiff is awarded compensatory damages in the amount of

$ 762,525.00 .

April 12, 2019
DATE

_____ MSP
FOREPERSON