UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA and THE STATE OF CALIFORNIA, *ex rel*. KIMBERLY HERMAN, AMY LESTAGE, and KEVIN ROSEFF, | ) ) ) ) ) ) | |
| Plaintiffs, | ) | No. 11-cv-12131-RWZ |
| v. | ) ) ) | |
| COLOPLAST CORP., *et al*., | ) ) | |
| Defendants. | ) ) | |

**NOTICE OF CONSENT TO THE STIPULATION OF DISMISSAL AS TO DEFENDANT SHIELD CALIFORNIA HEALTH CARE CENTER, INC. WITHOUT PREJUDICE TO THE UNITED STATES AND THE STATE OF CALIFORNIA**

The relators and Shield Health Care Center, Inc. ("Shield") have advised counsel for the United States and counsel for the State of California of their intent to file a Stipulation of Dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii) as to all claims alleged in this action against defendant Shield. Under Fed. R. Civ. P. 41(a)(1) and the provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States hereby consents to the dismissal without prejudice to the United States of all claims made in this action against defendant Shield.

The State of California also hereby consents to the dismissal without prejudice to the State of California of the claims made in this action against defendant Shield, including but not limited to those made under the California False Claims Act.

The grounds for this consent is that the proposed stipulation of dismissal is warranted by the facts and circumstances of this action as they are presently known to the United States and the State of California.

Dated: May 17, 2019                                         Respectfully submitted,

                                              Andrew E. Lelling
                                              Acting United States Attorney

By:   /s/Kriss Basil
        Kriss Basil (BBO #673074)
        Assistant U.S. Attorney
        John J. Moakley U.S. Courthouse, Suite 9200
        1 Courthouse Way
        Boston, MA 02210
        (617) 748-3100
        kriss.basil@usdoj.gov


Xavier Beccera
Attorney General of California

By:   /s/Nicholas N. Paul
        Nicholas N. Paul
        Supervising Deputy Attorney General
        *Attorney for the State of California*
        California Department of Justice
        1455 Frazee Road, Suite 315
        San Diego, CA 92108
        (619)688-6099
        Nicholas.paul@doj.ca.gov


<u>Certificate of Service</u>

I hereby certify that I caused this document filed through the ECF system to be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

May 17, 2019

By:   <u>/s/ Kriss Basil</u>
        Kriss Basil, Assistant U.S. Attorney